FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Dec 11, 2023
Tammy H. Downs, Clerk
By: ColleenDuBose D.C.
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**V.** **NO. 3:23-mj-00002 PSH**

**JAMES CHARLES HART**

**TEMPORARY ORDER OF DETENTION**

The defendant appeared with counsel on December 11, 2023 for an initial appearance on a criminal complaint hearing. The United States moved for detention, and counsel for defendant requested a bond hearing. Defendant is temporarily remanded to the custody of the United States Marshal Service pending a bond hearing being held.

IT IS SO ORDERED this 11th day of December, 2023.

PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE