UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:24CR-00001- LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(6) |
| | ) | 26 U.S.C. § 5841 |
| JAMES CHARLES HART | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5871 |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A.  On or about December 7, 2023, the defendant,

JAMES CHARLES HART,

had been previously and knowingly discharged from the Armed Forces under dishonorable conditions.

B.  On or about December 7, 2023, in the Eastern District of Arkansas, the defendant,

JAMES CHARLES HART,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Glock, .22 caliber handgun, bearing serial number AEBT194;

2. an Anderson Manufacturing, multi-caliber rifle, bearing serial number 15206272;

3. a WASR-10, 7.62x39 rifle, bearing serial number A1-51863-16RO;

4. a Ruger, .22 caliber rifle, bearing serial number 234-76354;

5. an American Tactical handgun, bearing serial number 15206272;

6. a Glock, 9mm handgun, bearing serial number TEG259;

7. a Walther Arms, .380 acp handgun, bearing serial number S060161;

8. a Sig Sauer, 9mm pistol, bearing serial number 47E041148;

9. a Sig Sauer, 9mm pistol, bearing serial number B227201;

10. a Mossberg, 12-gauge shotgun, bearing serial number J276407;

11. a Sig Sauer, 9mm pistol, bearing serial number M18A044612;

12. a Mossberg, 12-gauge shotgun, bearing serial number V0562795;

13. a Mossberg, 12-gauge shotgun, bearing serial number G905409;

14. a Springfield Armory, 308 caliber rifle, bearing serial number 3445221;

15. a Izhmash (IMEZ), 20-gauge shotgun, bearing serial number 012707118B;

16. a Remington, 20-gauge shotgun, bearing serial number N818098K;

17. a Mosin-Nagant, 7.62x56r rifle, bearing serial number 000091;

18. a Mauser, 7.97x57 rifle, bearing serial number 1777;

19. a Savage Arms Inc., .22 caliber rifle, bearing serial number 2449529; and

20. a Bushmaster, multi-caliber rifle, bearing serial number L518815.

All in violation of Title 18, United States Code, Section 922(g)(6).

## COUNT 2

On or about December 7, 2023, in the Eastern District of Arkansas, the defendant,

JAMES CHARLES HART,

knowingly possessed one or more of the following firearms, as that term is defined in Title 26, United States Code, Section 5845, to wit:

A. a weapon made from a Mossberg, 12-gauge shotgun bearing serial number J276407, modified to have a barrel of less than 18 inches in length; and

B. an Anderson Manufacturing, multi-caliber rifle bearing serial number 15206272 having a barrel less than 16 inches,

which were not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 or 2 of this Indictment, the defendant, JAMES CHARLES HART, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1. a Glock, .22 caliber handgun, bearing serial number AEBT194;
2. an Anderson Manufacturing, multi-caliber rifle, bearing serial number 15206272;
3. a WASR-10, 7.62x39 rifle, bearing serial number A1-51863-16RO;
4. a Ruger, .22 caliber rifle, bearing serial number 234-76354;
5. an American Tactical handgun, bearing serial number 15206272;
6. a Glock, 9mm handgun, bearing serial number TEG259;
7. a Walther Arms, .380 acp handgun, bearing serial number S060161;
8. a Sig Sauer, 9mm pistol, bearing serial number 47E041148;
9. a Sig Sauer, 9mm pistol, bearing serial number B227201;
10. a Mossberg, 12-gauge shotgun, bearing serial number J276407;
11. a Sig Sauer, 9mm pistol, bearing serial number M18A044612;
12. a Mossberg, 12-gauge shotgun, bearing serial number V0562795;
13. a Mossberg, 12-gauge shotgun, bearing serial number G905409;
14. a Springfield Armory, 308 caliber rifle, bearing serial number 3445221;
15. an Izhmash (IMEZ), 20-gauge shotgun, bearing serial number

       012707118B;

16. a Remington, 20-gauge shotgun, bearing serial number N818098K;

17. a Mosin-Nagant, 7.62x56r rifle, bearing serial number 000091;

18. a Mauser, 7.97x57 rifle, bearing serial number 1777;

19. a Savage Arms Inc., .22 caliber rifle, bearing serial number 2449529; and

20. a Bushmaster, multi caliber rifle, bearing serial number L518815.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 2 of this Indictment, the defendant, James Charles Hart, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation, but not limited to, the following specific property:

1. a weapon made from a Mossberg, 12-gauge shotgun bearing serial number J276407, modified to have a barrel of less than 18 inches in length; and

2. an Anderson Manufacturing, multi-caliber rifle bearing serial number 15206272 having a barrel less than 16 inches.

[End of Text. Signature page attached.]

☐   NO TRUE BILL.                     ☑   TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By JORDAN C. CREWS
AR Bar Number 2007299
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: jordan.crews@usdoj.gov